IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| Q TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | Case: 6:21-cv-00779-ADA |
| v. ) | |
| ) | Judge Alan D. Albright |
| WALMART INC., ) | |
| ) | DEMAND FOR JURY TRIAL |
| Defendant. ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Q Technologies, Inc. ("Q Tech") and Defendant Walmart Inc. ("Walmart") (collectively the "Parties") hereby file this Joint Motion to Amend the Scheduling Order, Dkt. No. 72.

1. The Parties are in agreement with the proposed extensions of deadlines as outlined in Exhibit A, which will allow a limited amount of additional time to complete fact discovery and to allow proper time to process and digest the results of such discovery prior to the deadline for expert discovery.

2. The Parties seek these extensions of time not for delay, but for good cause so that justice may be served. The parties agree that neither party will use the extension to argue that another party has caused delay or other prejudice. Under the current schedule, certain conflicts and inability to schedule certain depositions has arisen and the jointly proposed schedule will allow depositions to be taken in due course. Both parties agree that the amended deadlines in Exhibit A are necessary and proper to efficiently move forward with this litigation.

3. The Final Pretrial Conference and Trial dates will not be altered by the extensions of the other deadlines.

1

WHEREFORE the Parties respectfully request that the Court enter the requested agreed dates.

Respectfully submitted,

/s/ Glenn S. Orman
Jonathan T. Suder
State Bar No. 19463350
jts@fsclaw.com
Michael T. Cooke
State Bar No. 04759650
mtc@fsclaw.com
Glenn S. Orman
State Bar No. 24074838
orman@fsclaw.com
Dave R. Gunter
State Bar No. 24074334
gunter@fsclaw.com
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401

Bruce C. Morris
Texas State Bar No. 14469850
bmorris@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
Tel: (713) 425-7450
Fax: (713) 425-7700

John T. Polasek
Texas Bar. No. 16088590
ted@polaseklaw.com
THE POLASEK LAW FIRM PLLC
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Tel: (832) 485-3580

/s/ Kathryn Riley Grasso
John M. Guaragna
Texas Bar No 24043308
Zachary A. Loney
State Bar No. 24092714
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com

Kathryn Riley Grasso
Henry R. Fildes
DLA PIPER LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Kathryn.Riley@us.dlapiper.com
Henry.Fildes@us.dlapiper.com

Jackob Ben-Ezra
State Bar No. 24073907
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: (713) 425-8400
Fax: (713) 425-8401
jackob.ben-ezra@us.dlapiper.com

| | |
|---|---|
| Michael Friedland (PHV)<br>Michael.friedland@knobbe.com<br>Lauren Keller Katzenellenbogen (PHV)<br>lauren.keller@knobbe.com<br>Philip M. Nelson (PHV)<br>philip.nelson@knobbe.com<br>David G. Kim (PHV)<br>david.kim@knobbe.com<br>KNOBBE MARTENS<br>2040 Main Street<br>Irvine, CA 92614<br>Phone: 949-760-0404<br>Fax: 949-760-9502 | Christian Chessman<br>California Bar No. 325083<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: (650) 833-2000<br>Fax: (650) 833-2001<br>christian.chessman@us.dlapiper.com<br><br>***Attorneys for Defendant Walmart Inc.*** |

***Attorneys for Plaintiff Q Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification if such filing via electronic mail to all counsel of record.

*/s/Glenn S. Orman*
Glenn S. Orman

# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| Q TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | Case: 6:21-cv-00779-ADA |
| v. ) | |
| ) | Judge Alan D. Albright |
| WALMART INC., ) | |
| ) | DEMAND FOR JURY TRIAL |
| Defendant. ) | |

### AGREED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| 3/31/2023 | Close of Fact Discovery. |
| 4/10/2023 | Opening Expert Reports. |
| 5/22/2023 | Rebuttal Expert Reports. |
| 6/12/2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 6/13/2023 | Close of Expert Discovery. |
| 6/19/2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 6/20/23 | Confirm Trial and Pretrial Dates:<br><br>8 weeks before trial, email the law clerk to confirm your trial and pretrial dates. |

| | |
|---|---|
| 7/3/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 7/17/2023 | Serve objections to pretrial disclosures. |
| 7/24/2023 | Serve objections to rebuttal disclosures. |
| 7/24/2023 | File motions *in limine*. |
| 8/7/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 8/7/2023 | File oppositions to motions *in limine*. |
| 8/7/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| 08/7/2023 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 08/18/2023 | Joint Notice - File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 09/04/2023 | Pending Motions - Two weeks before the Pretrial Conference, the parties shall jointly contact the Court's law clerk for a Box link to submit unredacted copies of all pending motions and their exhibits to chambers. At the same time, the parties shall jointly send paper copies of the unredacted pending motions, double-sided and without exhibits, to chambers. The parties shall also jointly send a courtesy email to TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov providing the clerks with a list all pending motions by docket number and movant. |
| 09/04/2023 | Motions *in Limine* - Two weeks before the Pretrial Conference, the parties shall jointly email to TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov a text-editable chart listing each motion *in limine* with space beside each motion *in limine* for the Judge to write in each ruling. The chart shall first list all of Plaintiff's motions *in limine*, followed by Defendant's motions *in limine*. After the Pretrial Conference, the parties shall jointly email their understandings of the rulings to the law clerks. |
| 9/18/2023 | Final Pretrial Conference. |

| | |
|---|---|
| **10/2/2023** | Jury Selection/Trial. |

SIGNED this _____ day of _____, 2023.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE