IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| Q TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC. <br><br> Defendant. | Civil Action No. 6:21-cv-00779-ADA <br><br> JURY TRIAL DEMANDED |

## **JOINT NOTICE OF AGREED CHANGES TO SCHEDULING ORDER**

Pursuant to this Court's March 7, 2022 Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Plaintiff Q Technologies, Inc. and Defendant Walmart Inc. file the following Joint Notice:

1. The Parties agree to the following extended and new deadlines:

   | | |
   |---|---|
   | Opening expert reports for all parties (extended) | 04/13/23 |
   | Rebuttal expert reports for Defendant (new) | 06/02/23 |
   | Deposition of Defendant's damages expert (new) | 06/16/23 |

2. Additionally, the parties agree that Plaintiff's Fourth Supplemental Responses and Objections to Defendant's First Set of Interrogatories (regarding answer to interrogatory 14) served on April 4, 2023 will be treated as having been served timely.

3. These extended deadlines do not change the date of any hearing, trial or other court date, or extend the deadline of any final submissions affecting the Court's ability to hold any scheduled hearing, trial or other event.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Glenn S. Orman* | */s/ Kathryn Riley Grasso* |

Jonathan T. Suder
State Bar No. 19463350
jts@fsclaw.com
Michael T. Cooke
State Bar No. 04759650
mtc@fsclaw.com
Glenn S. Orman
State Bar No. 24074838
orman@fsclaw.com
Dave R. Gunter
State Bar No. 24074334
gunter@fsclaw.com
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401

Bruce C. Morris
Texas State Bar No. 14469850
bmorris@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
Tel: (713) 425-7450
Fax: (713) 425-7700

John T. Polasek
Texas Bar. No. 16088590
ted@polaseklaw.com
THE POLASEK LAW FIRM PLLC
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Tel: (832) 485-3580

John M. Guaragna
Texas Bar No 24043308
Zachary A. Loney
State Bar No. 24092714
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com

Kathryn Riley Grasso
Christian Chessman
Henry R. Fildes
DLA PIPER LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
kathryn.riley@us.dlapiper.com
christian.chessman@us.dlapiper.com
Henry.Fildes@us.dlapiper.com

Jackob Ben-Ezra
State Bar No. 24073907
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: (713) 425-8400
Fax: (713) 425-8401
jackob.ben-ezra@us.dlapiper.com

Benjamin Yaghoubian
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Fax: (310) 595-3300
benjamin.yaghoubian@us.dlapiper.com

***Attorneys for Defendant Walmart Inc.***

Michael Friedland (PHV)
Michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (PHV)
lauren.keller@knobbe.com
Philip M. Nelson (PHV)
philip.nelson@knobbe.com
David G. Kim (PHV)
david.kim@knobbe.com
KNOBBE MARTENS
2040 Main Street
Irvine, CA 92614
Phone: 949-760-0404
Fax: 949-760-9502

*Attorneys for Plaintiff Q Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Michael T. Cooke*
